DAVID LOPEZ, ESQ. DL-6779
Attorney for Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:        631.287.5520
Fax:       631.283.4735
e-Mail:    DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

          Plaintiff,

- against -

LINCOLN EDUCATIONAL
SERVICES CORPORATION,

          Defendant.

CV-11 4836 (Seybert, J.)
(Lindsay, M.J.)

NOTICE OF DISMISSAL
WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Issue has not been joined.

Dated: Southampton, New York
February 16, 2012

David Lopez, Esq. (DL-6779)

The clerk of the court is directed to mark this matter CLOSED

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.
Central Islip, New York
February 17, 2012

1